**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**26-CR-20279-MORENO/D'ANGELO**
CASE NO. _____

IN RE SEALED INDICTMENT

_____/

### MOTION TO SEAL

FILED BY_____BM____D.C.

**Jul 8, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully requests that the Indictment, Arrest Warrants, this Motion, the resulting Order, and any other related document be SEALED until the arrest of the first defendant or further Order of this Court. Should this Indictment become public prior to the arrest of the defendants, the named defendants may flee and the integrity of the ongoing investigation might be compromised. The United States Attorney's Office and any relevant law enforcement agency, however, may obtain copies of the Indictment, Arrest Warrants, or other sealed documents for purposes of arrest, extradition, or any other necessary cause. The Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   */s/ Daniel Rosenfeld*_____
DANIEL ROSENFELD
Assistant United States Attorney
Southern District of Florida
Court ID No.A5503081
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone: (305) 961-9268
E-mail: Daniel.Rosenfeld@usdoj.gov